UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TODD NEWLAND, et al.,

                Plaintiffs,

                                                      <u>ORDER</u>

                                                      06-CV-6414L

          v.

COUNTY OF MONROE, et al.,

                Defendants.
_____

      At plaintiffs counsel's request, the trial currently scheduled for October 19, 2009 is adjourned and rescheduled to February 1, 2010 at 8:30 a.m. The Court reschedules the final pretrial conference to January 20, 2010 at 2:30 p.m. The previously-issued trial scheduling order with its procedures and deadlines control as to the new trial date.

      IT IS SO ORDERED.

                                          _____
                                             DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
       July 22, 2009.